IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES BREIDECKER,** | ) |
| **Plaintiff,** | ) ) ) ) |
| vs. | ) Case No. 3:20-CV-253-MAB[1] ) |
| **GARNETT WOOD PRODUCTS CO., INC.,** | ) ) ) |
| **Defendant.** | ) ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

    **IT IS ORDERED AND ADJUDGED** that by Order dated October 24, 2023, (Doc. 36), this action was **DISMISSED with prejudice** in its entirety pursuant to Federal Rule of Civil Procedure 41(b).

    DATED: February 9, 2024

                                                **MONICA A. STUMP,**
                                                **Clerk of Court**

                                                BY:  /s/ Jennifer Jones
                                                           **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                    **MARK A. BEATTY**
                    **United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 17).